RECEIVED
USDC CLERK, COLUMBIA, SC
2026 OCT 14 PM 12: 04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

THOMAS L. TAYLOR

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

NORFOLK SOUTHERN TRAIN COMPANY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. 3:26-cv-4855-JDA-PJG
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: THOMAS L. TAYLOR

All other names by which you have been known:
N/A

ID Number: #38548

Current Institution: ALVIN S. GLENN DETENTION CENTER

Address: 201 JOHN MARK DIAL DR
COLUMBIA SC 29209

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: NORFOLK SOUTHERN TRAIN COMPANY

Job or Title (if known): TRANSPORTATION

Shield Number: N/A

Employer: NORFOLK SOUTHERN TRAIN COMPANY

Address: 1201 MAIN STREET
COLUMBIA SC 29201

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: 

Job or Title (if known) ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________

☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name ______________________

Job or Title (if known) ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ______________________

Job or Title (if known) ______________________

Shield Number ______________________

Employer ______________________

Address ______________________

______________________

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1ST, 6TH, 8TH, 14TH AMENDMENTS

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1ST, 6TH, 8TH, 14TH AMENDMENTS

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. EXCESSIVE FORCE, DELIBERATE INDIFFERENCE, GROSS NEGLIGENCE, CRUEL & UNUSUAL PUNISHMENT, ILL DISREGARDS, WANTON RECKLESS WILLFULL ENDANGERMENT, OBSTRUCTIONS OF JUSTICE, MISAPPROPRIATIONS, INSERVITUDES, CONSPIRACY, SYSTEMATICAL - GOVERNMENTAL - CIVIL AND CONSTITUTIONAL OPPRESSIONS .., ETCETRA

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* ____________________

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

- ENGLISH AVENUE/WESTBELTLINE RAILROAD TRACKS
- JUNE 17, 2022

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C. What date and approximate time did the events giving rise to your claim(s) occur?

JUNE 17, 2022 AT APPROX: 3:00/4:00 PM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

WHILE WALKING ON A BEATEN AND WORN DOWN FOOT PATH ON THE ENGLISH AVENUE/WESTBELTLINE RAILROAD TRACKS AT APPROXIMATELY 3:00/4:00PM ON JUNE 17TH, 2022 I WAS STRUCK AND HIT BY A NORFOLK SOUTHERN TRAIN TRAVELING AT A HIGH RATE OF SPEED, STATIONS CHIEFS RECORDS WILL SHOW THAT A BLACK MALE TRAIN CONDUCTOR STOPPED THE TRAIN FOR EMERGENCY REASONS WITHOUT PERMISSION AS HE CAME TO RENDER ME EMERGENCY AID AND ASSISTANCE.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. THE INJURIES SUBSTAINED INITIALLY THE CENTER OF IMPACT WAS MY SKULL, I WAS THROWN IN THE AIR TO THE GROUND SUMMERSAULTING TUMBLING AND TOSSING SHOULDER TO SHOULDER OVER THE RAILROAD TRACK ROCKS DISLOCATING MY SHOULDERS AND TEARING MY ROTATOR CUFFS. MY SPINAL COLUMN WAS INJURED OUT OF ALIGNMENT SEVERAL SLIP DISCS. DUE TO THE FACTS THAT I WAS HOMELESS WITHOUT ANY FORMIDABLE INSURANCE THE PRISMA HEALTH HOSPITAL THROUGH DISCRIMINATERAL INADEQUATE MEDICAL MAL-PRACTICING TREATMENTS STATED THAT I HAD NO INJURIES INITIALLY AND THAT I WAS A MALINGERING HOMELESS MAN COMPLAINING OF BEING STRUCK BY A TRAIN. WHERE MONTHS LATER BEING SEEN AND TREATED THROUGH THE ALVIN S. GLENN DETENTION CENTER JAIL I WAS TOLD AFTER XRAYS AND EXAMINATIONS OF MY ABOVE SAID INJURIES SUBSTAINED BECAUSE OF THE NORFOLK SOUTHERN TRAIN INCIDENT.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. IM REQUESTING FOR THE COURTS TO AWARD ME WITH ANY AND ALL OF THE FOLLOWS RELIEFS AND DAMAGES AND MONETARY DAMAGES FOR THE INJURIES SUBSTAINED BY TRIERS OF FACT: PUNITIVE - UNSPECIFIED, COMPENSATORY, ACTUAL, INJUNCTION, COLLATERAL, EXEMPLARY, SUBSTANTIVE, EQUITABLE, STATUTORY, NOMINAL, COMPASSIONATE, NEGLIGABLE, INDEMNITY, DECLARATORY, SPECIAL, PROSPECTIVE DAMAGES

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

N/A

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

N/A

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

N/A

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

N/A

E. If you did file a grievance:

1. Where did you file the grievance?

N/A

2. What did you claim in your grievance?

N/A

3. What was the result, if any?

N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

THE CLAIMS AROUSE OUTSIDE OF A JAIL OR PRISON FACILITY

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

BILL GREEN, SHEALEY LEAKE, VICTOR K. LI, JACK SWIRLING, BRIAN & LUKE SHEALEY, ETCETERA ETCETERA ETCETERA..., NONE WOULD ACCEPT MY CASE PROBONO STATING THAT THE TRAINS RAILROAD TRACKS ARE PRIVATE PROPERTY AND I WAS TRESSPASSING, SEE CASE LAWS & STATUTES IN SUPPORT TO PROVE CONTRADICTING THEIR CONSPIRATORIAL GROSS NEGLIGENT OBSTRUCTIONS OF JUSTICE THEORIES.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

IM STILL PURSUING EVERY POSSIBLE AVENUE TO GAIN RELIEF AND ADEQUATE ACCESS TO THE COURTS EVEN AFTER JUDGE PAIGE J. GOSSETT SABOTAGED USM-285 FORMS AND IMPROPERLY INJOINED NORFOLK SOUTHERN INTO THE DISMISSED WITHOUT PREJUDICE Id. A.S.G.D.C ET AL CASE

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) THOMAS L. TAYLOR

Defendant(s) ALVIN S. GLENN DETENTION CENTER ET AL

2. Court *(if federal court, name the district; if state court, name the county and State)*

DISTRICT OF SOUTH CAROLINA

3. Docket or index number

0:24-CV-07238-JDA-PJG

4. Name of Judge assigned to your case

MAGISTRATE JUDGE PAIGE J. GOSSETT

5. Approximate date of filing lawsuit

12.12.2022

6. Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition. 11.21.2025

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

DISMISSED WITHOUT PREJUDICE

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) THOMAS L. TAYLOR

Defendant(s) LUZ ET AL

2. Court *(if federal court, name the district; if state court, name the county and State)*

DISTRICT COURT OF SOUTH CAROLINA

3. Docket or index number

0:22-CV-00256-JLW-PJG

4. Name of Judge assigned to your case

MAGISTRATE JUDGE PAIGE J. GOSSETT

5. Approximate date of filing lawsuit

JANUARY 2022

6. Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition. MAY - 2023

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

DISMISSED WITH PREJUDICE

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10. 05, 2026.

Signature of Plaintiff Thomas L. Taylor
Printed Name of Plaintiff THOMAS L. TAYLOR
Prison Identification # 38548
Prison Address ALVIN S. GLENN DETENTION CENTER - 201 JOHN MARK DIAL DR
COLUMBIA SC 29209
City State Zip Code

### B. For Attorneys

Date of signing: __________, 20__.

N/A

Signature of Attorney __________
Printed Name of Attorney __________
Bar Number __________
Name of Law Firm __________

Address ______________________________

Telephone Number ______________________________

E-mail Address ______________________________

COMPLAINT:

THAT ON THE DATES OF JUNE 17, 2022 BETWEEN THE TIMES OF APPROXIMATELY 3:00/4:00 PM AS I WALKED ALONG A BEATEN AND BROKEN DOWN PATH OF THE ENGLISH AVENUE AND / WEST BELTLINE RAILROAD TRACKS, I WAS STRUCK BY A NORFOLK SOUTHERN TRAIN GOING AT A HIGH RATE OF SPEED..., WITHOUT THE STATION CHIEFS PERMISSION AS DOCUMENTED RECORD EVIDENCE SHOWS, THAT A BLACK MALE TRAIN CONDUCTOR STOPPED HIS TRAIN FOR EMERGENCY PURPOSE INORDER TO COME RENDER ME AID AND ASSISTANCE. BUT BEFORE FIRST RESPONDER POLICE AND E.M.S COULD GET TO THE SCENE AS THEY WERE CALLED AND DISPATCHED - AND AS I WAS IN SHOCK AND DISTRESS AND PHYSICAL INJURY PAINS, I HAD FLED THE SCENE HOPING TO ELUDE CAPTURE THINKING THAT I HAD VIOLATED AND DONE A GRAVE MISDEED BY BEING ON THE RAILROAD TRACKS. BUT HOURS LATER AT APPROXIMATELY 8:00 / 9:00 PM I ENTERED INTO THE PRISMA HEALTH HOSPITAL EMERGENCY SICK BAY VIA PERSONAL TRANSPORTATION, AND CHECKED MYSELF INTO THE HOSPITAL MAKING COMPLAINTS OF BEING STRUCK BY THE TRAIN HOURS EARLIER, BUT DUE TO THE FACTS THAT I DIDN'T HAVE ANY FORMIDABLE INSURANCE PLANS MEDICAID OR MEDICARE, I WAS INITIALLY DISCRIMINATED AGAINST BY THE HOSPITAL AND WRITTEN OFF AS A MALINGERING HOMELESS MAN INCURRING NO FORMS OF INJURIES AND DISCHARGED FROM THE HOSP-ITAL WITH MALICIOUS INADEQUATE TREATMENTS. BUT AS OF ALVIN S. GLENN DETENTION CENTER, THE DEPT. OF COR-RECTION AND YEARS LATER PRISMA HEALTH HOSPITAL REPORTS AND XRAYS SHOWS THAT I'VE GOT TORN ROTATOR CUFFS IN BOTH SHOULDERS, SLIP DISCS AND A SPINAL CORD BEING OUT OF ALIGNMENT INJURY THAT I SUFFER WITH FROM BEING STRUCK BY THE NORFOLK SOUTHERN TRAIN.